B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>William James Del Biaggio, III aka "Boots" Del Biaggio,    Debtor | Bankruptcy Case No.<br>**08 30991 TC** |
| R. Todd Neilson, Chapter 11 Trustee of the William James<br>Del Biaggio, III Estate,    Plaintiff | |
| Lee H. Brandenburg, as Trustee of The Brandenburg<br>Revocable Trust, Dated September 19, 1993 and Lee    Defendant<br>H. Brandenburg, an Individual | Adversary Proceeding No.<br>**08 3084** |

## SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk
```
U.S. BANKRUPTCY COURT
235 PINE ST.
SAN FRANCISCO, CA 94104
```

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
    Kenneth H. Brown, Esq.
    Pachulski Stang Ziehl & Jones LLP
    150 California Street, 15th Floor, San Francisco, CA 94111

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| U.S. BANKRUPTCY COURT<br>235 PINE ST.<br>SAN FRANCISCO, CA 94104 | 23RD FLOOR<br>Date and Time<br>OCT 23 2008    10:00AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.

**AUG 18 2008**
Date

**GLORIA L. FRANKLIN**
*Clerk of the Bankruptcy Court*

By: _____  Cooper Glosenger

Case: 08-03084    Doc#: 6    Filed: 08/22/08    Entered: 08/22/08 14:32:01    Page 1 of 2

# CERTIFICATE OF SERVICE

I, __Adriana Zaragoza_____, certify that I am, and at all times during the
    (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __August 22, 2008__
By:
    (date)

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**Counsel to Defendant**
Christopher D. Sullivan, Esq.
McGrane and Greenfield LLP
1 Ferry Building, Suite 220
San Francisco, CA 94111

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, _____
as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__August 22, 2008__                __/s/ Adriana Zaragoza_____
    Date                                                Signature

| Print Name | | |
|---|---|---|
| Adriana Zaragoza / Pachulski Stang Ziehl & Jones LLP | | |
| Business Address | | |
| 150 California Street, 15th Floor | | |
| City | State | Zip |
| San Francisco | CA | 94111-4500 |