```
                                              Entered on Docket
                                              June 03, 2009
                                              GLORIA L. FRANKLIN, CLERK
                                              U.S BANKRUPTCY COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```


1  Richard M. Pachulski (CA Bar No. 90073)
   John D. Fiero (CA Bar No. 136557)
2  Maxim B. Litvak (CA Bar No. 215852)        **Signed and Filed: June 01, 2009**
   Miriam Khatiblou (CA Bar No. 178584)
3  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
4  San Francisco, California  94111-4500      _____
   Telephone: 415/263-7000                    **THOMAS E. CARLSON**
5  Facsimile:  415/263-7010                   **U.S. Bankruptcy Judge**

6  E-mail:  rpachulski@pszjlaw.com
            jfiero@pszjlaw.com
7           mlitvak@pszjlaw.com

8  Attorneys for R. Todd Neilson,
   Chapter 11 Trustee

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-30991 (TEC) |
| WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO, | Chapter 11 |
| Debtor. | |
| R. TODD NEILSON, CHAPTER 11 TRUSTEE OF THE WILLIAM JAMES DEL BIAGGIO, III ESTATE, | Adv. Proc. No. 08-3084 |
| Plaintiff, | **ORDER APPROVING FOURTH STIPULATION TO AMEND SCHEDULING ORDER** |
| v. | |
| LEE H. BRANDENBURG, AS TRUSTEE OF THE BRANDENBURG REVOCABLE TRUST DATED SEPTEMBER 19, 1993, AND LEE H. BRANDENBURG, AN INDIVIDUAL, | |
| Defendants. | |

Pursuant to the Fourth Stipulation to Amend Scheduling Order entered into by and between counsel for Plaintiff, R. Todd Neilson, Chapter 11 Trustee of the Williams James Del Biaggio, III estate and Defendants, Lee H. Brandenburg, As Trustee Of The Brandenburg Revocable Trust Dated September 19, 1993, and Lee H. Brandenburg, an Individual, to further amend the Joint Discovery

Plan, dated October 13, 2008 and Scheduling Order, dated October 24, 2008 as subsequently amended, in order to extend the deadlines for expert discovery in light of the parties' agreement to engage in a second session of mediation, and that upon approval of this stipulation by the Court, the following schedule shall supersede the expert discovery deadlines set forth in the Order Amending Scheduling Order, dated March 3, 2009 [Docket No. 17], and apply to the above-captioned adversary proceeding; and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Disclosure of any rebuttal witnesses and their reports, pursuant to Rule 26(a)(2)(C)(ii) of the Federal Rules of Civil Procedure and Rule 7026(a)(2)(C)(ii) of the Federal Rules of Bankruptcy Procedure, shall be made on or before July 8, 2009 at 5:00 PM.

2. Defendants have supplemented their "Disclosure of Expert Witness Testimony…" made on May 5, 2009, by including the CV of Charles W. Davidson, a copy of which is attached hereto as Exhibit A.

3. Expert discovery shall be completed by August 10, 2009.

* * * END OF ORDER * * *

**COURT SERVICE LIST**

Miriam P. Khatiblou
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Bernard Greenfield
McGrane Greenfield LLP
San Jose Office
40 S. Market Street, 7th Floor
San Jose, CA 95113