John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
      kbrown@pszjlaw.com
      mkhatiblou@pszjlaw.com

Attorneys for R. Todd Neilson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO,<br><br>              Debtor. | Case No.: 08-30991 (TEC)<br><br>Chapter 11<br><br>**TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF MEMBERSHIP INTEREST FREE AND CLEAR OF LIENS**<br><br><u>B.L.R. 6004-1 Disclosure:</u>[1]<br>\* Security Pacific Bank<br>\* Valley Community Bank<br>\* United American Bank<br>\* Modern Bank, N.A.<br><br>Date: August 3, 2009<br>Time: 9:30 AM<br>Place: 235 Pine Street, 23rd Floor, San Francisco, California<br><br>Judge: Honorable Thomas Carlson |

R. Todd Neilson, duly appointed chapter 11 trustee in the above-captioned bankruptcy case (the "Trustee"), hereby moves the Court (the "Motion") for entry of an order pursuant to sections 363(b) and 363(f) of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Trustee to sell 1,800 voting units ("Units") of the issued and outstanding membership interests of

---

[1] This is for notice purposes only. It is not intended as an admission that any of the parties listed have valid liens on the assets at issue. The Trustee expressly reserves all rights to contest the validity of any liens asserted against such assets.

1

American Hockey Group, LLC, a Minnesota limited liability company, to buyers, Luc Robitaille and Benoit Robert, for $25,000 in cash, free and clear of liens of Modern Bank NA, Security Pacific Bank, Valley Community Bank and United American Bank (collectively, the "Lienholders"), with those liens to attach to the proceeds with the same with the same validity, priority and amount as existed just prior to the sale.

The Motion is based on the Memorandum of Points and Authorities and on the Declaration of R. Todd Neilson, filed currently herewith.

**WHEREFORE**, the Trustee requests an order

1. Approving the sale of the Units to Luc Robitaille and Benoit Robert for $25,000 in cash, free and clear of liens or interests of the Lienholders, with those liens to attach to the proceeds of the sale with the same validity or invalidity, priority and amount as existed just prior to the sale.

2. Waiving the ten-day stay period under Bankruptcy Rule 6004(h).

3. Providing any other and further relief as the Court deems appropriate.

Dated: July 1, 2009              PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Miriam Khatiblou*
Miriam Khatiblou
Attorneys for R. Todd Neilson,
Chapter 11 Trustee