John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
       kbrown@pszjlaw.com
       mkhatiblou@pszjlaw.com

Attorneys for R. Todd Neilson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO,<br><br>        Debtor. | Case No. 08-30991 (TEC)<br>Chapter 11<br><br>**TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH AMERICAN HOCKEY GROUP**<br><br>Date: August 3, 2009<br>Time: 9:30 AM<br>Place: 235 Pine Street, 23rd Floor, San Francisco, California<br><br>Judge: Honorable Thomas Carlson |

     R. Todd Neilson ("Trustee"), the chapter 11 trustee of the William James Del Biaggio, III Estate, hereby moves the Court (the "Motion") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving the settlement reached between the Trustee and the American Hockey Group, LLC, a Minnesota limited liability company ("AHG").

     On June 7, 2008 ("Petition Date"), William James Del Biaggio, III, aka "Boots" Del Biaggio ("Debtor") filed a voluntary chapter 11 petition in the United States Bankruptcy Court for the Northern District of California, San Francisco Division.

     The estate currently owns approximately 18% of the total number of issued and outstanding membership interests in AHG, which in turns owns an interest in the Lancers, LLC which in turn owns the Omaha Lancers hockey team. The Trustee is informed and believes that since 2005, AHG

has been operating at a loss and that shortly before the Petition Date, the Debtor sought to transfer his interest in AHG to Luc Robitalle ("Robitalle") and Benoit Robert ("Robert") - two of the members of AHG - for no consideration.

Robitalle and Robert have agreed to purchase the estate's interest in AHG, free and clear of certain liens, for the sum of $25,000 in cash pursuant to the terms of a certain *Membership Interest Purchase Agreement.* On July 1, 2009, the Trustee filed a Motion To Approve Sale of Membership Units Free and Clear of Liens ("Sale Motion") to consummate the sale of the estate's interest in AHG to Robitalle and Robert (the "Buyers").

In consideration for the $25,000 purchase price, which has already been tendered to the Trustee pending Bankruptcy Court approval of the Sale Motion and the herein settlement, the Trustee and AHG entered into a Settlement Agreement and Release (the "Settlement"), a copy of which is attached to the Declaration of R. Todd Neilson filed concurrently herewith. The essential terms of the Settlement are: (i) AHG has executed a Stipulation Withdrawing Unsecured Claim pursuant to which it has agreed to withdraw its unsecured proof of claim in the Debtor's bankruptcy case, in the amount of $27,000 (Docketed as Claim No. 90), upon Bankruptcy Court approval of the Settlement; and (ii) the Trustee and AHG have released the other of any and all claims. While the Trustee has not identified any specific claims the estate might have against AHG, AHG has sought a release as a part of the transaction and the Trustee is willing to provide one based on his state of knowledge. If the Bankruptcy Court does not enter an order approving the Sale Motion and Settlement, the Trustee shall be required to refund the $25,000 to the Buyers.

This Motion is supported by the Declaration of R. Todd Neilson, together with the memorandum of points and authorities and Notice filed and served concurrently herewith.

**WHEREFORE**, the Trustee respectfully requests that the Court grant this Motion in its entirety and enter an Order:

1. Approving the Settlement; and
2. Granting such other and further relief as is just and proper under the circumstances.

Dated: July 13, 2009          PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Miriam Khatiblou*
    Miriam Khatiblou
    Attorneys for R. Todd Neilson, Trustee